TUCKER ELLIS LLP
Matthew I. Kaplan (SBN 177242)
matthew.kaplan@tuckerellis.com
Susan L. Mizer (SBN 225832)
susan.mizer@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:     213.430.3400
Facsimile:     213.430.3409

Attorneys for Defendant
GREAT LAKES BREWING COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TI BEVERAGE GROUP, LTD, | Case No. CV:12-02899-JFW (JCGx) |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| GREAT LAKES BREWING COMPANY, and DOES 1-10, inclusive, | Complaint Served: April 30, 2012<br>Current Response Date: May 21, 2012<br>New Response Date: June 20, 2012 |
| Defendants. | |

*TUCKER ELLIS LLP*
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
LaImanage\013013.000018 790825

1    Pursuant to Local Rule 8-3 of the United States District Court of the Central

2  District of California, plaintiff TI Beverage Group, Ltd. and defendant Great Lakes

3  Brewing Company hereby stipulate through the undersigned counsel to allow Great

4  Lakes Brewing Company a thirty (30) day extension of time to respond to Plaintiffs'

5  initial Complaint.  Defendant's responsive pleading, previously due on May 21, 2012, is

6  now due on June 20, 2012.

7  DATED:  May 17, 2012           MACHAT & ASSOCIATES PC

9                            By:

10                              Michael Machat
                               Attorneys for Plaintiff
11                               TI BEVERAGE GROUP, LTD.

12  DATED:  May 17, 2012          TUCKER ELLIS LLP

14                            By:

15                              Matthew I. Kaplan
                               Attorneys for Defendant
16                               GREAT LAKES BREWING COMPANY

8  13  17  18  19  20  21  22  23  24  25  26  27  28

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

2
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
Error! Unknown document property name.

PROOF OF SERVICE

I am employed in the County of Los Angeles. I am over the age of eighteen years and not a party to the within entitled action. My business address is 515 South Flower Street, Forty Second Floor Los Angeles, CA 90071.

On May 18, 2012, I served the foregoing document(s) described as STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3) on the interested party(ies) in this action as follows:

*[See Attached Service List.]*

( )    **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid.

( )    **BY OVERNIGHT DELIVERY**: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed as noted below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

( )    **BY FACSIMILE:** Based on agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. The telephone number of the sending fax machine was 213.430.3409. The sending facsimile machine issued a transmission report confirming the transmission was complete and without error. A copy of that report is attached.

(X)    **ELECTRONICALLY VIA ECF:** the above-entitled document to be served electronically through the United States District Court, Central District ECF website, addressed to all parties appearing on the Court's ECF service list. A copy of the "Filing Receipt" page will be maintained with the original document in our office.

( )    **BY E-MAIL OR ELECTRONIC TRANSMISSION**: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

( )    **STATE**: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(X)    **FEDERAL**: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 18, 2012, at Los Angeles, California.

_Sun J. Walz_
Susan T. Walling

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

013013.000018 790596.1

1

SERVICE LIST

2

3  Michael Machatt
   Machat & Associates PC
4  9107 Wilshire Boulevard, Suite 425
   Beverly Hills, CA  90210
5  Michael@machatlaw.com
   (310) 860-1833
6  (310) 860-1837

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

013013.000018 790596.1