TUCKER ELLIS LLP
Matthew I. Kaplan (SBN 177242)
matthew.kaplan@tuckerellis.com
Susan L. Mizer (SBN 225832)
susan.mizer@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Defendant
THE GREAT LAKES BREWING CO., erroneously sued as
GREAT LAKES BREWING COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TI BEVERAGE GROUP, LTD, <br><br> Plaintiff, <br><br> v. <br><br> GREAT LAKES BREWING COMPANY, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. CV:12-02899-JFW (JCGx) <br><br> Hon. John F. Walter <br><br> **NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE OR, ALTERNATIVELY, TO TRANSFER** <br><br> Date:    July 23, 2012 <br> Time:    1:30 p.m. <br> Courtroom: 16 <br><br> [Filed concurrently with Memorandum of Points and Authorities, Declarations of Diane M. Jacquinot and Kami Marquardt and [Proposed] Order.] |

TO THE COURT, TI BEVERAGE GROUP, LTD. AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, on July 23, 2012 at 1:30 p.m., or as soon thereafter as the matter may be heard, by the Hon. John F. Walter in Courtroom 16 of the above-referenced Court, located at 312 North Spring Street, Los Angeles, California, Defendant The Great Lakes Brewing Co. ("GLBC") will and hereby does move this Court for an order dismissing Plaintiff TI Beverage Group, Ltd.'s Complaint for lack of

personal jurisdiction and improper venue or, alternatively, to transfer this matter to the United States District Court for the Northern District of Ohio, Eastern Division. This Motion is made under Rules 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure and 28 U.S.C. §§ 1391(b), 1404)(a) and 1406(a) on the grounds that personal jurisdiction and venue are lacking in the Central District of California.

    This Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, Declarations of Diane M. Jacquinot and Kami Marquardt and [Proposed] Order and such further argument and evidence as may be presented at or before the hearing on this matter.

    This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 15, 2012.

DATED: June 20, 2012

TUCKER ELLIS LLP

By: _____
Matthew I. Kaplan
Attorneys for Defendant
THE GREAT LAKES BREWING CO., erroneously sued as GREAT LAKES BREWING COMPANY

GLBZ 700051US01 509013 1

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles. I am over the age of eighteen years and not a party to the within entitled action. My business address is 515 South Flower Street, Forty Second Floor Los Angeles, CA 90071.

On June 20, 2012, I served the foregoing document(s) described as NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUR OR, ALTERNATIVELY, TO TRANSFER on the interested party(ies) in this action as follows:

*[See Attached Service List.]*

( ) **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid.

( ) **BY OVERNIGHT DELIVERY**: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed as noted below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

( ) **BY FACSIMILE:** Based on agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. The telephone number of the sending fax machine was 213.430.3409. The sending facsimile machine issued a transmission report confirming the transmission was complete and without error. A copy of that report is attached.

(X) **ELECTRONICALLY VIA ECF:** the above-entitled document to be served electronically through the United States District Court, Central District ECF website, addressed to all parties appearing on the Court's ECF service list. A copy of the "Filing Receipt" page will be maintained with the original document in our office.

( ) **BY E-MAIL OR ELECTRONIC TRANSMISSION**: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

( ) **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 20, 2012, at Los Angeles, California.

Anna Maria Dukeslaw

PROOF OF SERVICE

013013.000018 790596.1

SERVICE LIST

Michael Machatt
Machat & Associates PC
9107 Wilshire Boulevard, Suite 425
Beverly Hills, CA 90210
Michael@machatlaw.com
(310) 860-1833
(310) 860-1837