TUCKER ELLIS LLP
Matthew I. Kaplan (SBN 177242)
matthew.kaplan@tuckerellis.com
Susan L. Mizer (SBN 225832)
susan.mizer@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Defendant
THE GREAT LAKES BREWING CO., erroneously sued as
GREAT LAKES BREWING COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TI BEVERAGE GROUP, LTD, <br><br> Plaintiff, <br><br> v. <br><br> GREAT LAKES BREWING COMPANY, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. CV:12-02899-JFW (JCGx) <br><br> Hon. John F. Walter <br><br> **DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH GENERAL ORDER AUTHORIZING ELECTRONIC FILING** <br><br> Date:    July 23, 2012 <br> Time:    1:30 p.m. <br> Courtroom: 16 |

I, Matthew I. Kaplan, declare:

1.  I am an attorney at law duly licensed to practice before the courts of the State of California and this Court. I am a Partner in the law firm Tucker Ellis LLP, counsel of record for defendant The Great Lakes Brewing Co., erroneously sued as Great Lakes Brewing Company. I have personal knowledge of the facts set forth below and, if called as a witness, could competently testify to the following facts.

2.  I am a registered ECF User with this Court's Electronic Document Filing System ("CM/ECF System").

3.  My E-Mail Address of Record on the CM/ECF System is matthew.kaplan@tuckerellis.com.

4. I have consented to service and receipt of documents by electronic means.

I declare under penalty of perjury under the laws of the United States of America that the foregoing I true and correct.

Executed on June 30, 2012, in Los Angeles, California.

*[signature]*
_____
Matthew I. Kaplan

LaImanage\013013.000018 806137

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles. I am over the age of eighteen years and not a party to the within entitled action. My business address is 515 South Flower Street, Forty Second Floor Los Angeles, CA 90071.

On June 29, 2012, I served the foregoing document(s) described as **DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH GENERAL ORDER AUTHORIZING ELECTRONIC FILING** on the interested party(ies) in this action as follows:

[See Attached Service List.]

( ) **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid.

( ) **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed as noted below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

( ) **BY FACSIMILE:** Based on agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. The telephone number of the sending fax machine was 213.430.3409. The sending facsimile machine issued a transmission report confirming the transmission was complete and without error. A copy of that report is attached.

(X) **ELECTRONICALLY VIA ECF:** the above-entitled document to be served electronically through the United States District Court, Central District ECF website, addressed to all parties appearing on the Court's ECF service list. A copy of the "Filing Receipt" page will be maintained with the original document in our office.

( ) **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

(X) **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 29, 2012, at Los Angeles, California.

*/s/ Anna Maria Dukeslaw*
Anna Maria Dukeslaw

PROOF OF SERVICE

LaImanage\013013.000018 806137

## SERVICE LIST

Michael Machat
Machat & Associates PC
9107 Wilshire Boulevard, Suite 425
Beverly Hills, CA  90210
Michael@machatlaw.com
(310) 860-1833
(310) 860-1837

PROOF OF SERVICE

Lalmanage\013013.000018 806137